AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 13-cv-03994

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Keith B. Alexander, Director of the National Security Agency and Chief of the Central Security Service
was received by me on *(date)* 06/11/2013 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Sent by certified mail on 06/24/2013

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 06/24/2013            _____
                            *Server's signature*

                            Avinash Samarth, Paralegal
                            *Printed name and title*

                            American Civil Liberties Union Foundation
                            125 Broad Street, 18th Floor
                            New York, NY 10004
                            *Server's address*

Additional information regarding attempted service, etc: