```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/3/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                                 :
AMERICAN CIVIL LIBERTIES                         :
UNION, *et al.*,                                 :      13 Civ. 3994 (WHP)
                                                 :
                Plaintiffs,                      :      SCHEDULING ORDER
                                                 :
        -against-                                :
                                                 :
JAMES R. CLAPPER, *et al.*                       :
                                                 :
                Defendants.                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

       This initial pretrial conference scheduled for July 17, 2013 is rescheduled to July 25, 2013 at 12:00 p.m.

Dated: July 3, 2013
       New York, New York

                                                     SO ORDERED:

                                                 WILLIAM H. PAULEY III
                                                       U.S.D.J.

*Copies to:*

Jameel Jaffer, Esq.
Alex A. Abdo, Esq.
Brett M. Kaufman, Esq.
Patrick C. Toomey, Esq.
Catherine N. Crump, Esq.
125 Broad Street
New York, NY 10004

Arthur N. Eisenberg, Esq.
Christopher T. Dunn, Esq.
125 Broad Street, 17th Floor
New York, NY 10004
*Counsel for Plaintiffs*

Tara M. La Morte, Esq.
U.S. Attorney's Office
86 Chambers Street
New York, NY 10007
*Counsel for Defendants*