

July 9, 2013

<u>By Hand</u>

Hon. William H. Pauley, III
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/12/13

  Re:   *ACLU et al. v. Clapper et al.*, 13 Civ. 3994 (WHP)

Dear Judge Pauley:

  I write respectfully with the consent of plaintiffs' counsel to request a one-week extension of defendants' time to respond to plaintiffs' July 2 pre-motion conference letter. Under Your Honor's individual practices, defendants' response is due the fifth business day after plaintiffs' letter, which, because of the July 4 holiday and July 5 Court closure, equates to July 11. We request that our letter instead be due July 18, which is one week before the July 25 conference date that the Court has set.

  The reason for this request is that our response will address sensitive and important issues of national security, and therefore will require review, input and clearance from numerous governmental components. This process will not be complete by July 11.

  Thank you for your consideration of this request.

*Application granted.*

Respectfully submitted,

PREET BHARARA
United States Attorney

By: _____

SO ORDERED:

~~~~~~~~~~~~~~~~~~~~~~
WILLIAM H. PAULEY III U.S.D.J.

7/11/13

DAVID S. JONES
TARA M. LaMORTE
Assistant United States Attorneys
Tel.: 212-637-2739/2746
Fax: 212-637-2730
Email: david.jones6@usdoj.gov;
    tara.lamorte2@usdoj.gov

cc (by fax and email):

Arthur N. Eisenberg, Esq. (212-607-3318; aeisenberg@nyclu.org)
Jameel Jaffer, Esq. (212-549-2654; jjaffer@aclu.org)