AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| American Civil Liberties Union, et al. | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Case No. 13-cv-03994 |
| Clapper, et al. | ) |
| Defendant | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants James R. Clapper, Keith B. Alexander, Charles T. Hagel, Eric H. Holder, and Robert Mueller III.

Date: 07/24/2013

/s/ Christopher B. Harwood
*Attorney's signature*

Christopher B. Harwood
*Printed name and bar number*

United States Attorney's Office
86 Chambers Street
New York, NY 10007

*Address*

Christopher.Harwood@usdoj.gov
*E-mail address*

(212) 637-2728
*Telephone number*

(212) 637-2786
*FAX number*