UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

AMERICAN CIVIL LIBERTIES UNION;
   AMERICAN CIVIL LIBERTIES UNION
   FOUNDATION; NEW YORK CIVIL LIBERTIES
   UNION; AND NEW YORK CIVIL LIBERTIES
   UNION FOUNDATION,

               Plaintiffs,

                                                13 – cv - 3994

   -against-                      **MOTION FOR ADMISSION**
                                            **PRO HAC VICE**

JAMES R. CLAPPER, in his official capacity as
   Director of National Intelligence; KEITH B.
   ALEXANDER, in his official capacity as Director
   Of the National Security Agency and Chief of the
   Central Security Service; CHARLES T. HAGEL, in
   his official capacity as Secretary of Defense; ERIC
   H. HOLDER, in his official capacity as Attorney
   General of the United States; and ROBERT S.
   MUELLER III, in his official capacity as Director
   Of the Federal Bureau of Investigation,

               Defendants.
_____

    Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Laura K. Donohue, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel of record for a brief of amicus curiae in the above-captioned action.

    I am in good standing of the bar of the state of Virginia and there are no pending disciplinary proceedings against me in any state or federal court.

Dated:                                          Respectfully Submitted,

*[signature]*

Applicant Signature

Applicant's Name: Laura K. Donohue

Firm Name: Georgetown Law

Address: 600 New Jersey Ave., NW

City / State / Zip: Washington, D.C. 20001

Telephone / Fax: 202 662 9455

E-Mail: lkdonohue@law.georgetown.edu