```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/26/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
AMERICAN CIVIL LIBERTIES
UNION, *et al.*,

                Plaintiffs,

-against-

JAMES R. CLAPPER, *et al.*

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

13 Civ. 3994 (WHP)

SCHEDULING ORDER

WILLIAM H. PAULEY III, District Judge:

        Counsel for the parties having appeared for a conference on July 25, 2013, the following schedule is established:

1. Plaintiffs will file a motion for a preliminary injunction and Defendants will file a motion to dismiss by August 26, 2013;

2. Opposition briefs are due September 26, 2013;

3. Third parties may file motions for leave to file <u>amici</u> briefs by October 3, 2013 with their proposed briefs attached;

4. Reply briefs are due October 10, 2013;

5. The Court will hear oral argument on November 1, 2013 at 12:00 p.m;

6. Moving and opposition briefs may be 40 pages in length, reply briefs may be 20 pages.

Dated: July 25, 2013
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Copies to:*

Jameel Jaffer, Esq.
Alex A. Abdo, Esq.
Brett M. Kaufman, Esq.
Patrick C. Toomey, Esq.
Catherine N. Crump, Esq.
125 Broad Street
New York, NY 10004

Arthur N. Eisenberg, Esq.
Christopher T. Dunn, Esq.
125 Broad Street, 17th Floor
New York, NY 10004
*Counsel for Plaintiffs*

Tara M. La Morte, Esq.
Christopher B. Harwood, Esq.
John D. Clopper, Esq.
David S. Jones, Esq.
U.S. Attorney's Office
86 Chambers Street
New York, NY 10007
*Counsel for Defendants*