UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                          :

AMERICAN CIVIL LIBERTIES
UNION, *et al.*,                          :        13 Civ 3994 (WHP)

                  Plaintiffs,             :        <u>CORRECTED SCHEDULING ORDER</u>

            -against-                     :

JAMES R. CLAPPER, *et al.*                :

                  Defendants.             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/8/13

WILLIAM H. PAULEY III, District Judge:

By letter dated August 2, 2013, the ACLU brought to the Court's attention an error in this Court's July 26, 2013 Scheduling Order. The Court therefore adopts the following corrected schedule:

1. Plaintiffs will file a motion for a preliminary injunction and Defendants will file a motion to dismiss by August 26, 2013;

2. Third parties may file motions for leave to file <u>amici</u> briefs by September 4, 2013 with their proposed briefs attached;

3. Opposition briefs are due September 26, 2013;

4. Reply briefs are due October 10, 2013;

-1-

5. The Court will hear oral argument on November 1, 2013 at 12:00 p.m;

6. Moving and opposition briefs may be 40 pages in length, reply briefs may be 20 pages.

Dated: August 8, 2013
New York, New York

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.

*Copies to:*

Jameel Jaffer, Esq.
Alex A. Abdo, Esq.
Brett M. Kaufman, Esq.
Patrick C. Toomey, Esq.
Catherine N. Crump, Esq.
125 Broad Street
New York, NY 10004

Arthur N. Eisenberg, Esq.
Christopher T. Dunn, Esq.
125 Broad Street, 17th Floor
New York, NY 10004
*Counsel for Plaintiffs*

Tara M. La Morte, Esq.
Christopher B. Harwood, Esq.
John D. Clopper, Esq.
David S. Jones, Esq.
U.S. Attorney's Office
86 Chambers Street
New York, NY 10007
*Counsel for Defendants*