UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMERICAN CIVIL LIBERTIES UNION;
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION; NEW YORK CIVIL LIBERTIES
UNION; AND NEW YORK CIVIL LIBERTIES
UNION FOUNDATION,

          Plaintiffs,

                                    13 – cv - 3994

-against-                MOTION FOR ADMISSION
                                    PRO HAC VICE

JAMES R. CLAPPER, in his official capacity as
Director of National Intelligence; KEITH B.
ALEXANDER, in his official capacity as Director
Of the National Security Agency and Chief of the
Central Security Service; CHARLES T. HAGEL, in
his official capacity as Secretary of Defense; ERIC
H. HOLDER, in his official capacity as Attorney
General of the United States; and ROBERT S.
MUELLER III, in his official capacity as Director
Of the Federal Bureau of Investigation,

          Defendants.

---

      Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Laura K. Donohue, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel of record for a brief of amicus curiae in the above-captioned action.

      I am in good standing of the bar of the state of Virginia and there are no pending disciplinary proceedings against me in any state or federal court.

Dated:                                        Respectfully Submitted,

                                              _____
                                              Applicant Signature

                                              Applicant's Name:  Laura K. Donohue

                                              Firm Name:  Georgetown Law

                                              Address:  600 New Jersey Ave., NW

                                              City / State / Zip:  Washington, D.C. 20001

                                              Telephone / Fax:  202 662 9455

                                              E-Mail:  lkdonohue@law.georgetown.edu