# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT LAURA KATHLEEN DONOHUE IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. **PROFESSOR DONOHUE WAS LICENSED TO PRACTICE LAW IN VIRGINIA** ON **DECEMBER 15, 2010**, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE VIRGINIA BOARD OF BAR EXAMINERS.

*Issued July 23, 2013*



KAREN A. GOULD
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER