# Supreme Court of Virginia

AT RICHMOND

# Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia, do hereby certify that

## LAURA KATHLEEN DONOHUE

was admitted to practice as an attorney and counsellor at the bar of this Court on June 6, 2011.

I further certify that so far as the records of this office are concerned, LAURA KATHLEEN DONOHUE is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court

This 20th day of August

A.D. 2013

By: _____

*Deputy Clerk*