**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

AMERICAN CIVIL LIBERTIES                         1:13-cv-03994 (WHP)
UNION, *et al*.,

                            Plaintiffs,                    **MOTION FOR**
                                                          **ADMISSION**
                                                          ***PRO HAC VICE***

            v.

JAMES R. CLAPPER, *et al*.,

                            Defendant.

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and

Eastern Districts of New York, I, David A. Greene, hereby move this Court for an Order for

admission to practice *pro hac vice* to appear as counsel for *amicus curiae* Electronic Frontier

Foundation in the above-captioned action.

I am in good standing of the bar of the state of California and there are no pending

disciplinary proceedings against me in any state or federal court.


Dated:  August 26, 2013                  Respectfully submitted,


                                           /s/ *David A. Greene*
                                         David A. Greene
                                         ELECTRONIC FRONTIER FOUNDATION
                                         815 Eddy Street
                                         San Francisco, CA  94109
                                         Telephone: (415) 436-9333
                                         Facsimile: (415) 436-9993
                                         Email: davidg@eff.org