UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION; AMERICAN CIVIL LIBERTIES UNION FOUNDATION; NEW YORK CIVIL LIBERTIES UNION; and NEW YORK CIVIL LIBERTIES UNION FOUNDATION,<br><br>                Plaintiffs,<br><br>            v.<br><br>JAMES R. CLAPPER, in his official capacity as Director of National Intelligence; KEITH B. ALEXANDER, in his official capacity as Director of the National Security Agency and Chief of the Central Security Service; CHARLES T. HAGEL, in his official capacity as Secretary of Defense; ERIC H. HOLDER, in his official capacity as Attorney General of the United States; and ROBERT S. MUELLER III, in his official capacity as Director of the Federal Bureau of Investigation,<br><br>                Defendants. | 13 Civ. 3994 (WHP)<br><br>ECF Case<br><br>**Notice of Motion** |

       PLEASE TAKE NOTICE that upon the accompanying memorandum of law in support of defendants' motion to dismiss the complaint, dated August 26, 2013, and the exhibits thereto, defendants James R. Clapper, in his official capacity as Director of National Intelligence; Keith B. Alexander, in his official capacity as Director of the National Security Agency and Chief of the Central Security Service; Charles T. Hagel, in his official capacity as Secretary of Defense; Eric H. Holder, in his official capacity as Attorney General of the United States; and Robert S. Mueller, in his official capacity as Director of the Federal Bureau of Investigation, will move this Court, before the Honorable William J. Pauley, at the United States Courthouse, 500 Pearl Street,

New York, New York, for an Order dismissing the complaint pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

PLEASE TAKE FURTHER NOTICE that pursuant to the Court's Corrected Scheduling Order dated August 8, 2013, opposition papers, if any, are to be served on or before September 26, 2013.

Dated:   New York, New York
         August 26, 2013

| | |
|---|---|
| STUART F. DELERY<br>Assistant Attorney General<br><br>JOSEPH H. HUNT<br>Director<br><br>ANTHONY J. COPPOLINO<br>Deputy Director<br><br>By:   /s/ James Gilligan<br>      JAMES J. GILLIGAN<br>      Special Litigation Counsel<br>      MARCIA BERMAN<br>      Senior Trial Counsel<br><br>      BRYAN DEARINGER<br>      Trial Attorney<br><br>      Civil Division,<br>      Federal Programs Branch<br>      U.S. Department of Justice<br>      20 Massachusetts Avenue, N.W.<br>      Washington, DC  20001<br>      Tel.: (202) 514-3358 | PREET BHARARA<br>United States Attorney for the<br>Southern District of New York<br>Attorney for Defendants<br><br>By:   /s/ David S. Jones<br>      DAVID S. JONES<br>      TARA M. La MORTE<br>      JOHN D. CLOPPER<br>      CHRISTOPHER HARWOOD<br>      Assistant United States Attorneys<br>      86 Chambers Street, 3rd Floor<br>      New York, New York 10007<br>      Tel.    (212) 637-2739/2746/2716/2728<br>      Fax    (212) 637-2730<br>      david.jones6@usdoj.gov<br>      tara.lamorte2@usdoj.gov<br>      john.clopper@usdoj.gov<br>      christopher.harwood@usdoj.gov |