# Exhibit 9

TOP SECRET//COMINT//NOFORN



**U.S. Department of Justice**

Office of Legislative Affairs

Office of the Assistant Attorney General          *Washington, D.C. 20530*

February 2, 2011

The Honorable Dianne Feinstein
Chairman
The Honorable Saxby Chambliss
Vice Chairman
Select Committee on Intelligence
United States Senate
Washington, DC  20510

Dear Madam Chairman and Mr. Vice Chairman:

(TS) Please find enclosed an updated document that describes the bulk collection programs conducted under Section 215 of the PATRIOT Act (the "business records" provision of the Foreign Intelligence Surveillance Act (FISA)) and Section 402 of FISA (the "pen/trap" provision). The Department and the Intelligence Community jointly prepared the enclosed document that describes these two bulk collection programs, the authorities under which they operate, the restrictions imposed by the Foreign Intelligence Surveillance Court, the National Security Agency's record of compliance, and the importance of these programs to the national security of the United States.

(TS) We believe that making this document available to all Members of Congress, as we did with a similar document in December 2009, is an effective way to inform the legislative debate about reauthorization of Section 215. However, as you know, it is critical that Members understand the importance to national security of maintaining the secrecy of these programs, and that the SSCI's plan to make the document available to other Members is subject to the strict rules set forth below.

(TS) Like the document provided to the Committee on December 13, 2009, the enclosed document is being provided on the understanding that it will be provided only to Members of Congress (and cleared SSCI, Judiciary Committee, and leadership staff), in a secure location in the SSCI's offices, for a limited time period to be agreed upon, and consistent with the rules of the SSCI regarding review of classified information and non-disclosure agreements.  No

Classified by: Assistant Attorney General, NSD
Reason:         1.4(c)
Declassify on: February 2, 2036

TOP SECRET//COMINT//NOFORN

TOP SECRET//COMINT//NOFORN

The Honorable Dianne Feinstein
The Honorable Saxby Chambliss
Page Two

photocopies may be made of the document, and any notes taken by Members may not be removed from the secure location. We further understand that SSCI staff will be present at all times when the document is being reviewed, and that Executive Branch officials will be available nearby during certain, pre-established times to answer questions should they arise. We also request your support in ensuring that the Members are well informed regarding the importance of this classified and extremely sensitive information to prevent any unauthorized disclosures resulting from this process. We intend to provide the same document to the House Permanent Select Committee on Intelligence (HPSCI) under similar conditions, so that it may be made available to the Members of the House, as well as cleared leadership, HPSCI and House Judiciary Committee staff.

(U) We look forward to continuing to work with you and your staff as Congress continues its deliberations on reauthorizing the expiring provisions of the USA PATRIOT Act.

Sincerely,

Ronald Weich
Assistant Attorney General

Enclosure