UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMERICAN CIVIL LIBERTIES UNION, *et al.*,

    Plaintiffs,

v.

JAMES R. CLAPPER, *et al.*,

    Defendant.

1:13-cv-03994 (WHP)

ORDER FOR ADMISSION
*PRO HAC VICE*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/28/13

The motion of David A. Greene for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of California and that his contact information is as follows:

    David A. Greene, Esq.
    ELECTRONIC FRONTIER FOUNDATION
    815 Eddy Street
    San Francisco, CA 94109
    Telephone: (415) 436-9333
    Facsimile: (415) 436-9993
    Email: davidg@eff.org

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for *amicus curiae* Electronic Frontier Foundation in the above-entitled action.

It is hereby ordered that Applicant is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the rules governing discipline of attorneys.

Dated: August 28, 2013

                                      United States District Judge