UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION; AMERICAN CIVIL LIBERTIES UNION FOUNDATION; NEW YORK CIVIL LIBERTIES UNION; and NEW YORK CIVIL LIBERTIES UNION FOUNDATION,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>JAMES R. CLAPPER, in his official capacity as Director of National Intelligence; KEITH B. ALEXANDER, in his official capacity as Director of the National Security Agency and Chief of the Central Security Service; CHARLES T. HAGEL, in his official capacity as Secretary of Defense; ERIC H. HOLDER, in his official capacity as Attorney General of the United States; and ROBERT S. MUELLER III, in his official capacity as Director of the Federal Bureau of Investigation,<br><br>　　　　Defendants. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 8/28/13<br><br><br>No. 13-cv-03994 (WHP) |

ORDER FOR ADMISSION PRO HAC VICE

　　　　The motion of John Frazer for admission to practice *pro hac vice* in the above-captioned action is granted.

　　　　The applicant has declared that he is a member in good standing of the bar of the state of Virginia and that his contact information is as follows:

　　　　John Frazer
　　　　Law Office of John Frazer, PLLC
　　　　3925 Chain Bridge Road, Suite 403
　　　　Fairfax, VA  22030

1

Phone: (703) 352-7276
Fax: (703) 359-0938
jfrazer@jfrazerlaw.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for *amicus curiae* National Rifle Association of America, Inc. in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: August 26, 2013

_____
United States District Judge