UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| American Civil Liberties Union et al.,<br><br>            Plaintiffs,<br><br>        v.<br><br>James R. Clapper, et al.,<br><br>            Defendants. | No. 13-cv-03994 (WHP)<br><br>ECF CASE<br><br><br>MOTION FOR ADMISSION<br><u>PRO HAC VICE</u> |

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, David B. Owens, hereby move this Court for admission to practice *pro hac vice* to appear as counsel for *amicus curiae* Michael P. Lynch in the above-captioned action.

        Applicant's Name:   David B. Owens
        Firm Name:            Loevy & Loevy
        Address:              312 N. May St., Suite 100
        City/State/Zip:       Chicago, IL 60607
        Phone Number:    (312) 243-5900
        Fax number:         (312) 243-5902
        Email:                david@loevy.com

I am a member in good standing of the bars of the States of California and Illinois, and there are no pending disciplinary proceedings against me in any state or federal court.


        Dated: August 29, 2013              Respectfully Submitted,