UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

American Civil Liberties Union et al.,

Plaintiffs,

v.

James R. Clapper, et al.,

Defendants.

No. 13-cv-03994 (WHP)

ECF CASE

*CORRECTED*
MOTION FOR ADMISSION
PRO HAC VICE

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, David B. Owens, hereby move this Court for admission to practice *pro hac vice* to appear as counsel for *amicus curiae* Michael P. Lynch in the above-captioned action.

| | |
|---|---|
| Applicant's Name: | David B. Owens |
| Firm Name: | Loevy & Loevy |
| Address: | 312 N. May St., Suite 100 |
| City/State/Zip: | Chicago, IL 60607 |
| Phone Number: | (312) 243-5900 |
| Fax number: | (312) 243-5902 |
| Email: | david@loevy.com |

I am a member in good standing of the bars of the States of California and Illinois, and there are no pending disciplinary proceedings against me in any state or federal court. *See* Exhibit 1 (*Corrected* Certificate of Good Standing from the State of California; Exhibit 2 (Certificate of Good Standing from the State of Illinois.

Dated: September 3, 2013

Respectfully Submitted,