USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/4/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

American Civil Liberties Union et al.,

    Plaintiffs,

v.

James R. Clapper, et al.,

    Defendants.

No. 13-cv-03994 (WHP)

ECF CASE

ORDER FOR ADMISSION
PRO HAC VICE

The *corrected* Motion of David B. Owens, for admission to practice Pro Hac Vice in the above captioned case is GRANTED. Mr. Owens has declared that he is a member in good standing of the bars of the states of California and Illinois; and that his contact information is as follows:

    Applicant's Name: David B. Owens
    Firm Name: Loevy & Loevy
    Address: 312 N. May St., Suite 100
    City/State/Zip: Chicago, IL 60607
    Phone Number: (312) 243-5900
    Fax number: (312) 243-5902
    Email: david@loevy.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for *amicus curiae* Michael Lynch in the above entitled action;

**IT IS HEREBY ORDERED** that Mr. Owens is admitted to practice *pro hac vice* in the above caption case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local rules of this Court, including the Rules governing discipline of attorneys.

Dated: 9/4/13

                                                      District Judge