UNITED STATES DISTRICT COURT
<u>SOUTHERN DISTRICT OF NEW YORK</u>

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.*, <br><br>              Plaintiffs, <br><br>       v. <br><br> JAMES R. CLAPPER, *et al.*, <br><br>              Defendant. | 1:13-cv-03994 (WHP) <br><br> ***CORRECTED*** <br> ***MOTION FOR ADMISSION*** <br> ***PRO HAC VICE*** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, David A. Greene, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for *amicus curiae* Congressman Jim Sensenbrenner in the above-captioned action.

I am in good standing of the bar of the state of California and there are no pending disciplinary proceedings against me in any state or federal court.

Dated:  September 4, 2013        Respectfully submitted,

                              /s/ *David A. Greene*
                            David A. Greene
                            ELECTRONIC FRONTIER FOUNDATION
                            815 Eddy Street
                            San Francisco, CA  94109
                            Telephone: (415) 436-9333
                            Facsimile: (415) 436-9993
                            Email: davidg@eff.org