

# Supreme Court of California

FRANK A. McGUIRE
*Court Administrator and Clerk of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### DAVID ALLEN GREENE

*I, FRANK A. McGUIRE, Clerk of the Supreme Court of the State of California, do hereby certify that DAVID ALLEN GREENE was on the 17TH day of JUNE, 1992, duly admitted to practice as an attorney and counselor at law in all the courts of this state; and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 19TH day of AUGUST, 2013.*

FRANK A. McGUIRE
*Clerk of the Supreme Court*

By: _____
Robert R. Toy – Deputy Clerk