UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION; AMERICAN CIVIL LIBERTIES UNION FOUNDATION; NEW YORK CIVIL LIBERTIES UNION; and NEW YORK CIVIL LIBERTIES UNION FOUNDATION,<br><br>    Plaintiffs,<br><br>    v.<br><br>JAMES R. CLAPPER, in his official capacity as Director of National Intelligence; KEITH B. ALEXANDER, in his official capacity as Director of the National Security Agency and Chief of the Central Security Service; CHARLES T. HAGEL, in his official capacity as Secretary of Defense; ERIC H. HOLDER, in his official capacity as Attorney General of the United States; and ROBERT S. MUELLER III, in his official capacity as Director of the Federal Bureau of Investigation,<br><br>    Defendants. | No. 13-cv-03994 (WHP) |

**MOTION OF NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE* IN SUPPORT OF PLAINTIFFS**

    The National Rifle Association of America, Inc., hereby moves for leave to file the accompanying *amicus curiae* brief in support of Plaintiffs in the above-captioned action. Both Plaintiffs and Defendants have consented to the filing of this brief.

    The NRA believes the proposed brief can materially aid in explaining important implications of this case. As described in the brief, the NRA has a longstanding history as an organization that supports strong military and law enforcement measures to protect

America's national security, while also supporting strong protections for constitutional liberties. As a result of those interests, the NRA has engaged directly in legislative advocacy with respect to precursors of the statutory provisions at issue.

The NRA also has a direct interest in preserving its ability to communicate with its members, the public, and elected officials, as well as the ability of its members to associate freely. Due to those interests, the NRA has a long record of advocacy— including Supreme Court litigation—in defense of the First Amendment issues raised by Plaintiff. *See* Pl. Mem. of Law in Supp. of Pl's. Mot. for Prelim. Inj. at 31-34.

Finally, the NRA has spent decades advocating for legislative provisions protecting gun owners' privacy—provisions that not only could be nullified by the type of surveillance programs at issue, but that are illustrative of statutory protections for privacy that could be generally affected by this case.

For these reasons, *amicus* respectfully requests that the Court grant this motion for leave to file the accompanying brief.

Dated: September 4, 2013         Respectfully submitted,

  /s/ John Frazer

John Frazer (*pro hac vice*)
Law Office of John Frazer, PLLC
3925 Chain Bridge Road, Suite 403
Fairfax, VA  22030
Phone: (703) 352-7276
Fax: (703) 359-0938
jfrazer@jfrazerlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2013, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Southern District of New York by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

  /s/ John Frazer

John Frazer (*pro hac vice*)
Law Office of John Frazer, PLLC
3925 Chain Bridge Road, Suite 403
Fairfax, VA  22030
Phone: (703) 352-7276
Fax: (703) 359-0938
jfrazer@jfrazerlaw.com