USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/5/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
:
AMERICAN CIVIL LIBERTIES
UNION, *et al.*,                            :         13 Civ. 3994 (WHP)

     Plaintiffs,            :         <u>ORDER</u>

    -against-                       :

JAMES R. CLAPPER, *et al.*              :

     Defendants.           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

  The motions of <u>amicus curiae</u> Former Members of the Church Committee and Law Professors; The Reporters Committee for Freedom of the Press, <u>et. al.</u>; the National Rifle Association of America, Inc.; Michael P. Lynch; Representative F. James Sensenbrenner, Jr.; and the PEN American Center are granted. <u>Amicus curiae</u> may file their proposed briefs. The Clerk of Court is directed to terminate the motions pending at Docket Nos. 39, 42, 44, 45, 46, and 47.

Dated: September 5, 2013
   New York, New York

            SO ORDERED:

            _____
             WILLIAM H. PAULEY III
               U.S.D.J.

*Counsel of Record:*

Jameel Jaffer, Esq.
Alex A. Abdo, Esq.
Brett M. Kaufman, Esq.
Patrick C. Toomey, Esq.
Catherine N. Crump, Esq.
125 Broad Street
New York, NY 10004

Arthur N. Eisenberg, Esq.
Christopher T. Dunn, Esq.
125 Broad Street, 17th Floor
New York, NY 10004

Laura Donohue, Esq.
Georgetown Law
5417 Duvall Drive
Bethesda, MD 20816
*Counsel for Plaintiffs*

Tara M. La Morte, Esq.
Christopher B. Harwood, Esq.
John D. Clopper, Esq.
David S. Jones, Esq.
U.S. Attorney's Office
86 Chambers Street
New York, NY 10007
*Counsel for Defendants*

John Frazer, Esq.
Law Office of John Frazer, PLLC
3925 Chain Bridge Road, Suite 403
Fairfax, VA 22030
*Counsel for Amicus National Rifle
Association of America, Inc.*

David B. Owens, Esq.
Loevy & Loevy
312 North May Street, Suite 100
Hauppauge, NY 60607
*Counsel for Amicus Professor
Michael P. Lynch*

Michael D. Steger, Esq.
Steger Krane LLP
1601 Broadway, 12th Floor
New York, NY  10019
*Counsel for Amicus Reporters*
*Committee for Freedom of the Press*

David A. Greene, Esq.
Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA  94109
*Counsel for Amicus*
*Rep. F. James Sensenbrenner*

Edward J. Davis, Esq.
Linda J. Steinman, Esq.
Eric J. Feder, Esq.
Davis Wright Tremaine LLP
1633 Broadway
New York, NY  10019
*Counsel for Amicus*
*PEN American Center*