UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMERICAN CIVIL LIBERTIES UNION, *et al.*,

          Plaintiffs,

v.

JAMES R. CLAPPER, *et al.*,

          Defendant.

1:13-cv-03994 (WHP)

ORDER FOR ADMISSION
PRO HAC VICE

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/5/13
```

The corrected motion of David A. Greene for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of California and that his contact information is as follows:

> David A. Greene, Esq.
> ELECTRONIC FRONTIER FOUNDATION
> 815 Eddy Street
> San Francisco, CA 94109
> Telephone: (415) 436-9333
> Facsimile: (415) 436-9993
> Email: davidg@eff.org

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for *amicus curiae* Congressman Jim Sensenbrenner in the above-entitled action.

It is hereby ordered that Applicant is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the rules governing discipline of attorneys.

Dated: 9/5/13

                                                  United States District Judge