UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMERICAN CIVIL LIBERTIES UNION, *et al.*,

    Plaintiffs,

v.

JAMES R. CLAPPER, *et al.*,

    Defendants.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/27/13

13 Civ. 3994 (WHP)

ECF Case

## REVISED SCHEDULING ORDER

It is hereby ORDERED that (a) plaintiffs' opposition to defendants' motion to dismiss and defendants' opposition to plaintiffs' motion for a preliminary injunction shall be due on or before October 1, 2013, and (b) plaintiffs' and defendants' reply papers in further support of their respective motions shall be due on or before October 15, 2013.

Dated:   New York, New York
           September 27, 2013

_____
United States District Judge