```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------X
                                 :
AMERICAN CIVIL LIBERTIES         :
UNION, et al.,                   :    13 Civ. 3994 (WHP)
                                 :
              Plaintiffs,        :    ORDER
                                 :
      -against-                  :
                                 :
JAMES R. CLAPPER, et al.         :
                                 :
              Defendants.        :
--------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/15/13

WILLIAM H. PAULEY III, District Judge:

On October 1, 2013, Chief Judge Loretta A. Preska stayed all civil actions in the Southern District of New York where the United States Attorney represents the United States, its agencies, or its employees. By letter dated October 10, the ACLU seeks to lift the stay in this case. By letter dated October 11, the Government opposes that application.

The Government argues a stay is appropriate because funding for the Department of Justice has expired and appropriations have lapsed. But Plaintiffs allege they are suffering ongoing irreparable harm. An indefinite shutdown cannot shield the Government from defending against claims of ongoing constitutional violations.

This case presents issues of public importance to the nation and deserves resolution in a timely and efficient manner. As Plaintiffs note, other district courts faced with pressing issues have required the Department of Justice to continue to litigate, despite the shutdown. See ECF No. 14, First Unitarian Church of L.A. v. Nat'l Sec. Agency, No. 13 Civ. 3287 (JSW) (N.D. Cal.); ECF No. 11, Priests for Life v. U.S. Dep't of Health & Human Servs.,

-1-

No. 13 Civ. 1261 (EGS) (D.D.C.).

Accordingly, the stay is lifted and the Court adopts the following schedule:

1. The parties will file reply briefs on their pending motions on October 25, 2013;

2. This Court will hear oral argument on November 22, 2013 at 10:30 a.m.

Dated: October 15, 2013
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Counsel of Record:*

Jameel Jaffer, Esq.
Alex A. Abdo, Esq.
Brett M. Kaufman, Esq.
Patrick C. Toomey, Esq.
Catherine N. Crump, Esq.
125 Broad Street
New York, NY  10004

Arthur N. Eisenberg, Esq.
Christopher T. Dunn, Esq.
125 Broad Street, 17th Floor
New York, NY  10004

Laura Donohue, Esq.
Georgetown Law
5417 Duvall Drive
Bethesda, MD  20816
*Counsel for Plaintiffs*

David S. Jones, Esq.
Tara M. La Morte, Esq.
Christopher B. Harwood, Esq.
John D. Clopper, Esq.
U.S. Attorney's Office
86 Chambers Street
New York, NY 10007
*Counsel for Defendants*