JAMEEL JAFFER
*DEPUTY LEGAL DIRECTOR*



Oct. 28, 2013

**BY ECF**

Honorable William H. Pauley III
United States District Court for the
Southern District of New York
500 Pearl Street, Room 2210
New York, NY 10007

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
NATIONAL OFFICE
125 BROAD STREET, 18TH FL.
NEW YORK, NY 10004-2400
T/212.549.2500
WWW.ACLU.ORG

OFFICERS AND DIRECTORS
SUSAN N. HERMAN
*PRESIDENT*

ANTHONY D. ROMERO
*EXECUTIVE DIRECTOR*

> **Re:**  *American Civil Liberties Union et al. v. Clapper et al.*
> **Case No. 13-CV-03994 (WHP)**

Dear Judge Pauley:

Pursuant to Rule III(F) of the Court's Individual Rules and Practices, Plaintiffs file this letter to accompany their Reply Memorandum in Support of their Motion for Preliminary Injunction in the above-captioned case.

The following motion papers, memoranda, and accompanying documents have been filed by the parties in connection with Plaintiffs' Motion for Preliminary Injunction:

- **Plaintiffs' Motion** (filed Aug. 26, 2013)
  - ECF No. 25: Notice of Motion for Preliminary Injunction ("PI Motion")
  - ECF No. 26: Memorandum in Support of PI Motion
  - ECF No. 27: Felten Declaration in Support of PI Motion
  - ECF No. 28: German Declaration in Support of PI Motion
  - ECF No. 29: Shapiro Declaration in Support of PI Motion
  - ECF No. 30: Dunn Declaration in Support of PI Motion
  - ECF No. 31: Toomey Declaration in Support of PI Motion

- **Defendants' Opposition** (filed Oct. 1, 2013)
  - ECF No. 61: Memorandum in Opposition to Pls.' PI Motion
  - ECF No. 61-1: Exhibit A in Support of Opposition
  - ECF No. 62: Holley Declaration in Support of Opposition
  - ECF No. 63: Shea Declaration in Support of Opposition

- **Plaintiffs' Reply** (filed Oct. 25, 2013)
  - ECF No. 68: Reply Memorandum in Support of PI Motion
  - ECF No. 68-1: Felten Supplemental Declaration in Support of Reply

Respectfully submitted,

Christopher T. Dunn
Arthur N. Eisenberg
New York Civil Liberties Union
    Foundation
125 Broad Street, 19th Floor
New York, NY 10004
Phone: (212) 607-3300
Fax: (212) 607-3318
aeisenberg@nyclu.org

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION

Jameel Jaffer
Alex Abdo
Brett Max Kaufman
Patrick Toomey
Catherine Crump
American Civil Liberties Union
    Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Phone: (212) 549-2500
Fax: (212) 549-2654
jjaffer@aclu.org

*Counsel for Plaintiffs*

2