USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/27/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
AMERICAN CIVIL LIBERTIES UNION, et al.,
                                Plaintiffs,                    13 **CIVIL** 3994 (WHP)

        -against-                            **JUDGMENT**

JAMES R. CLAPPER, et al.,
                                Defendants.
-------------------------------------------------------------X

The ACLU having moved for a preliminary injunction and the Government having moved to dismiss the complaint, and the matter having come before the Honorable William H. Pauley III, United States District Judge, and the Court, on December 27, 2013, having rendered its Memorandum and Order finding the NSA's bulk telephony metadata collection program is lawful, accordingly, granting the Government's motion to dismiss the complaint, and denying the ACLU's motion for a preliminary injunction, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated December 27, 2013, the Court finds the NSA's bulk telephony metadata collection program is lawful; accordingly, the Government's motion to dismiss the complaint is granted and the ACLU's motion for a preliminary injunction is denied and the case is closed.

**Dated:** New York, New York
         December 27, 2013

                                                                     **RUBY J. KRAJICK**

                                                                     **Clerk of Court**
                                          **BY:**
                                                                       **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____