UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION; AMERICAN CIVIL LIBERTIES UNION FOUNDATION; NEW YORK CIVIL LIBERTIES UNION; and NEW YORK CIVIL LIBERTIES UNION FOUNDATION,<br><br>*Plaintiffs*,<br><br>v.<br><br>JAMES R. CLAPPER, in his official capacity as Director of National Intelligence; KEITH B. ALEXANDER, in his official capacity as Director of the National Security Agency and Chief of the Central Security Service; CHARLES T. HAGEL, in his official capacity as Secretary of Defense; ERIC H. HOLDER, in his official capacity as Attorney General of the United States; and ROBERT S. MUELLER III, in his official capacity as Director of the Federal Bureau of Investigation,<br><br>*Defendants*. | No. 13-cv-03994 (WHP)<br><br>ECF CASE |

### NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** that the American Civil Liberties Union, American Civil Liberties Union Foundation, New York Civil Liberties Union, and New York Civil Liberties Union Foundation hereby appeal to the United States Court of Appeals for the Second Circuit from the Judgment entered in this action on December 27, 2013 [Docket #77], granting Defendants' motion to dismiss Plaintiffs' complaint and denying Plaintiffs' motion for a preliminary injunction.

|  | Respectfully submitted, |
|---|---|
|  | /s/ Jameel Jaffer |
| Christopher T. Dunn (CD-3991) | Jameel Jaffer (JJ-4653) |
| Arthur N. Eisenberg (AE-2012) | Alex Abdo (AA-0527) |
| New York Civil Liberties Union Foundation | Patrick Toomey (PT-1452) |
|  | Brett Max Kaufman (BK-2827) |
| 125 Broad Street, 19th Floor | Catherine Crump (CC-4067) |
| New York, NY 10004 | American Civil Liberties Union Foundation |
| Phone: (212) 607-3300 |  |
| Fax: (212) 607-3318 | 125 Broad Street, 18th Floor |
| aeisenberg@nyclu.org | New York, NY 10004 |
|  | Phone: (212) 549-2500 |
|  | Fax: (212) 549-2654 |
|  | jjaffer@aclu.org |

January 2, 2014