UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION; AMERICAN CIVIL LIBERTIES UNION FOUNDATION; NEW YORK CIVIL LIBERTIES UNION; and NEW YORK CIVIL LIBERTIES UNION FOUNDATION,<br><br>                Plaintiffs,<br><br>                v.<br><br>JAMES R. CLAPPER, in his official capacity as Director of National Intelligence; KEITH B. ALEXANDER, in his official capacity as Director of the National Security Agency and Chief of the Central Security Service; CHARLES T. HAGEL, in his official capacity as Secretary of Defense; ERIC H. HOLDER, in his official capacity as Attorney General of the United States; and ROBERT S. MUELLER III, in his official capacity as Director of the Federal Bureau of Investigation,<br><br>              Defendants. | 13 Civ. 3994 (WHP)<br><br>ECF Case |

### GOVERNMENT DEFENDANTS' NOTICE REGARDING ORDER OF THE FOREIGN INTELLIGENCE SURVEILLANCE COURT

| | |
|---|---|
| STUART F. DELERY<br>Assistant Attorney General<br><br>JOSEPH H. HUNT<br>Director<br><br>ANTHONY J. COPPOLINO<br>Deputy Director<br><br>JAMES J. GILLIGAN<br>Special Litigation Counsel<br><br>MARCIA BERMAN<br>Senior Trial Counsel<br><br>BRYAN DEARINGER<br>RODNEY PATTON<br>Trial Attorneys<br>U.S. Department of Justice<br>Washington, D.C. | PREET BHARARA<br>United States Attorney for<br>the Southern District of New York<br><br>DAVID S. JONES<br>TARA M. La MORTE<br>JOHN D. CLOPPER<br>CHRISTOPHER HARWOOD<br>Assistant United States Attorneys<br>86 Chambers Street, 3rd Floor<br>New York, NY 10007<br>Tel. No. (212) 637-2739 (Jones)<br>Fax No. (212) 637-2730<br>david.jones6@usdoj.gov<br>tara.lamorte2@usdoj.gov<br>john.clopper@usdoj.gov<br>christopher.harwood@usdoj.gov |

The Government Defendants hereby provide notice regarding an order issued by the Foreign Intelligence Surveillance Court (FISC) yesterday.  On February 25, 2014, the United States filed a motion with the FISC for leave to retain call-detail records collected under the National Security Agency (NSA) bulk telephony metadata program beyond the five-year deadline by which FISC orders require the records to be destroyed.  *See* Exh. 1, attached hereto.  The United States filed that motion in order to ensure compliance with any preservation obligations the Government may have in this and other civil actions respecting those records.  Yesterday, the FISC issued an order denying that motion.  *See* Exh. 2, attached hereto.  Consistent with that order, as of the morning of Tuesday, March 11, 2014, absent a contrary court order, the United States will commence complying with applicable FISC orders requiring the destruction of call-detail records at this time.

1

Dated: New York, New York
       March 8, 2014

| | |
|---|---|
| STUART F. DELERY<br>Assistant Attorney General | PREET BHARARA<br>United States Attorney for the<br>Southern District of New York |
| JOSEPH H. HUNT<br>Director | Attorney for Defendants |

By: /s/ David S. Jones

ANTHONY J. COPPOLINODAVID S. JONES
Deputy DirectorTARA M. La MORTE
JOHN D. CLOPPER
By: /s/ James GilliganCHRISTOPHER HARWOOD
JAMES J. GILLIGANAssistant United States Attorneys
Special Litigation Counsel86 Chambers Street, 3rd Floor
MARCIA BERMANNew York, New York 10007
Senior Trial CounselTel. (212) 637-2739/2746/2716/2728
BRYAN DEARINGERFax (212) 637-2730
RODNEY PATTONdavid.jones6@usdoj.gov
Trial Attorneystara.lamorte2@usdoj.gov
Civil Divisionjohn.clopper@usdoj.gov
Federal Programs Branchchristopher.harwood@usdoj.gov
U.S. Department of Justice
20 Massachusetts Ave., N.W.
Washington, DC  20001
Tel.: (202) 514-3358