

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

May 14, 2018

**By ECF**
Hon. William H. Pauley, III
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY  10007

      Re:    *ACLU et al. v. Clapper et al.*, 13 Civ. 3994 (WHP)

Dear Judge Pauley:

      I write respectfully on behalf of the parties to report that the parties have entered a stipulation resolving all open issues in the above-referenced matter, which we respectfully request be so-ordered to reflect and confirm the case's voluntary dismissal.  As required by Rule 18.2 of the Court's Electronic Case Filing Rules & Instructions, we have submitted the stipulation to the Court's Orders and Judgments Clerk, after which, if approved for form, it will be transmitted to Your Honor for review.  I also attach a courtesy copy of the stipulation.

      Thank you for your patience as we worked to resolve the case's remaining open issues, and for your consideration of this matter.

      Respectfully submitted,

      GEOFFREY S. BERMAN
      United States Attorney

By:    /s/ David S. Jones_____
      DAVID S. JONES
      Assistant United States Attorney
      86 Chambers Street, 3rd Floor
      New York, New York 10007
      Telephone: (212) 637-2739
      david.jones6@usdoj.gov

Encl.

cc:    Counsel of record (by ECF)